IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| MICHAEL A. CADIGAN and ELISABETH K. REESE, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 130345C |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A telephone trial was scheduled at 9:00 a.m. on November 4, 2013, to consider Plaintiffs' appeal. On July 15, 2013, the court sent notice of the scheduled telephone trial to Plaintiffs at the email address Plaintiffs provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiffs did not appear, the court might dismiss the appeal. Plaintiffs failed to appear for the November 4, 2013, telephone trial and failed to provide an explanation for their failure to appear. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ⎯⎯ day of November 2013.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Magistrate Dan Robinson on November 4, 2013. The Court filed and entered this document on November 4, 2013.*